IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:24-cr-00064

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| (1) ENHUA FANG, | ) |
| | ) |
| (2) SHU JUN ZHEN, | ) |
| a/k/a "Yan Feng Chen," | ) FIRST BILL OF PARTICULARS |
| a/k/a "Chunyan Li," | ) (FORFEITURE) |
| | ) |
| (3) JIANFEI LU, | ) |
| a/k/a "Xian Le Li," | ) |
| | ) |
| (4) MAOXUAN XIA, | ) |
| a/k/a "Xin Lin," | ) |
| a/k/a "Xiang Lin," | ) |
| a/k/a "Zhiyue Qin," and | ) |
| | ) |
| (5) SHAO NENG LIN, | ) |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby gives notice that the United States is seeking forfeiture herein of the following additional assets on one or more of the grounds stated in the notice of forfeiture provided in the Bill of Indictment:

**Approximately $140,500 in United States currency seized on October 11, 2022, during the investigation;**

Approximately $711.81 in funds seized from JPMorgan Chase Account *1892, such account held in the name of Bob Bao Decoration Company;

Approximately $399.06 in funds seized from Bank of America Account *9194, such account held in the name of LIQ Trading LLC;

Approximately $582.95 in funds seized from JPMorgan Chase Account *3518, such account held in the name of JLIU Trading LLC;

**Approximately $101.08 in funds seized from Wells Fargo Account *0761, such**

account held in the name of SY Trading Inc.;

Approximately $1,023.58 in funds seized from JPMorgan Chase Account *8321, such account held in the name of SY Trading Inc.;

Approximately $214.65 in funds seized from JPMorgan Chase Account *9626, such account held in the name of Jiaquan Trading LLC;

Approximately $346.73 in funds seized from Bank of America Account *4617, such account held in the name of Jiaquan Trading LLC;

Approximately $246,089.87 in funds seized from Bank of America Account *2931, such account held in the name of Bonway Y House Holding Inc.;

Approximately $622.82 in funds seized from Wells Fargo Account *0096, such account held in the name of LJL Trading LLC;

Approximately $53,092.33 in funds seized from JPMorgan Chase Account *7239, such account held in the name of XR Supply LLC;

Approximately $69,869.54 in funds seized from Bank of America Account *7271, such account held in the name of WB Fixtures LLC;

Approximately $425.36 in funds seized from CitiBank Account *4195, such account held in the name of Ming Estate Homes Holding Inc.;

Approximately $534.89 in funds seized from Bank of America Account *8178, such account held in the name of LJL Trading LLC;

Approximately $552.51 in funds seized from Bank of America Account *8194, such account held in the name of LJL Trading LLC;

Approximately $657.63 in funds seized from Bank of America Account *7566, such account held in the name of SYS Investment LLC;

Approximately $9.15 in funds seized from Wells Fargo Account *1895, such account held in the name of Jiaquan Trading LLC; and

Approximately $7,365.76 in funds seized from Bank of America Account *3107, such account held in the name of SY Trading Inc.

\* \* \*

This the 4th day of June, 2024.

                                                Respectfully submitted,

                                                DENA J. KING
                                                UNITED STATES ATTORNEY

                                                <u>/s/ Seth Johnson</u>
                                                J. Seth Johnson
                                                Texas Bar No. 24083259
                                                Assistant United States Attorney
                                                Suite 1650, Carillon Building
                                                227 West Trade Street
                                                Charlotte, North Carolina 28202
                                                Telephone: (704) 338-3159
                                                Email: seth.johnson@usdoj.gov